[Civil No. 1934.  Filed December 10, 1921.]

[202 Pac. 409.]

STATE, on the Relation of BARNEY D. WELCH, Town Marshal and Chief of Police of the Town of Miami, State of Arizona, Appellant, v. MRS. E. S. DIXON, Appellee.

APPEAL from a judgment of the Superior Court of the County of Gila.  G. W. Shute, Judge.  Affirmed.

Messrs. Jacobs & Partridge and Mr. George F. Senner, for the State.

Mr. Frank McCann, for Appellee.

FLANIGAN, J.—The appeal in this case was submitted for determination with the appeal in the case of *State* v. *Burris, ante,* p. 199, 202 Pac. 407, upon agreement of counsel that, because of the similarity of facts in the two cases, the decision in that case should govern here.

For the reasons given in the Burris case, the judgment of the lower court is therefore affirmed.

ROSS, C. J., and McALISTER, J., concur.